A98A1702, A98A1703. FORD v. STATE OF GEORGIA (two cases).
(521 SE2d 433)

POPE, Presiding Judge.

In *Ford v. State of Ga.*, 271 Ga. 162 (516 SE2d 778) (1999) the Supreme Court reversed our decision in *Ford v. State of Ga.*, 235 Ga. App. 755 (509 SE2d 734) (1998), in which we affirmed the judgment of the trial court. Accordingly, our opinion is vacated, the judgment of the Supreme Court is made the judgment of this Court, and the judgment of the trial court is reversed.

*Judgment reversed. Ruffin and Ellington, JJ., concur.*

DECIDED JULY 30, 1999.

*J. Alfred Johnson,* for appellant.
*Patrick H. Head, District Attorney, Irvan A. Pearlberg, Debra H. Bernes, Nancy I. Jordan, Assistant District Attorneys,* for appellee.